JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKIE CLARK,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF SAN BERNARDINO, ET AL.,<br><br>  Defendant(s). | Case No. EDCV 21-1277-KK<br><br>JUDGMENT |

Pursuant to the Order Granting Defendants' Motion for Terminating Sanctions, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: September 29, 2022

HONORABLE KENLY KIYA KATO
United States Magistrate Judge